IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Lee Caddo, | No. CV-20-08251-PCT-SPL |
| Movant/Defendant, | (No. CR-98-00736-PCT-SPL-01) |
| vs. | **ORDER** |
| United States of America, | |
| Respondent/Plaintiff. | |

Movant Marvin Lee Caddo has filed an Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("Motion") (Doc. 9). The Honorable James F. Metcalf, United States Magistrate Judge, has issued a Report and Recommendation ("R&R"), recommending that the Court either deny the Motion on the merits or dismiss it with prejudice as untimely. Judge Metcalf advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.[1] (Doc. 24 at 4); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

---

[1] In light of Petitioner's counsel's motion to withdraw under *Anders v. California*, 386 U.S. 738 (1967) (Doc. 30), the Court permitted Petitioner to file a *pro se* objection to the Report & Recommendation (Doc. 31).

(1985) ("[Section 636(b)(1)] does not… require any review at all… of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and deny the Motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge James F. Metcalf's Report and Recommendation (Doc. 29) is **accepted** and **adopted** by the Court;

2. That the Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (CV-20-08251-PCT-SPL, Doc. 9; CR-98-00736-PCT-SPL-01, Doc. 136) is **denied**;

3. That this case is **dismissed with prejudice**;

4. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**;

5. That the Clerk of Court shall file this Order in the underlying related criminal action, Case No. CR-98-00736-PCT-SPL-01; and

6. That the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 18th day of May, 2023.

Honorable Steven P. Logan
United States District Judge

2